cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER NOLAN, previously known as AMBER GANSEL, and TIMOTHY NOLAN,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SAN DIEGO; OFFICER TIM DINGER; Officer NANETTE McMASTER, and DOES 1 through 20,<br><br>Defendants. | Civil No.06cv1700 JAH(AJB)<br><br>ORDER FOLLOWING DISCOVERY CONFERENCE |

On July 11, 2007, the Court convened a Discovery Conference in the above entitled action. Appearing were Svetlana Sheshina, Esq. on behalf of plaintiff and Morris Hill, Esq. on behalf of defendant.

In the Course of discussing the discovery issues now pending, plaintiffs offered to resolve the case on the basis of a dismissal in exchange for a waiver of costs. Defendant accepted the proposal and the case is now settled. A Settlement Disposition Conference is set for ***August 10, 2007 at 9:00*** in the chambers of Judge Battaglia. Counsel and all parties *shall appear in person* unless a joint

///

///

///

///

motion for dismissal is filed and counsel are notified in writing by the Court prior to the conference. **Monetary sanctions shall be imposed for failure to comply with this order**.

IT IS SO ORDERED.

DATED: July 12, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court